IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEVIN PUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:25-cv-501-RAH-JTA |
| | ) |
| CHIME PREPAID CARD, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On August 11, 2025, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 5.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

**ORDERED** and **ADJUDGED** as follows:

1. The Recommendation (Doc. 5) is **ADOPTED**;
2. This action is **DISMISSED** without prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** and **ORDERED** on this the 2nd day of September 2025.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE